Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCELL ARTURO PEREZ-ARANDA,<br><br>Defendant. | 2:21-CR-00052-JCM-DJA<br><br>(First Request) |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by Defendant MARCELL ARTURO PEREZ-ARANDA, by and through his attorney, LANCE A. MANINGO, and the United States of America, by and through JOSHUA BRISTER, Assistant United States Attorney, that the sentencing hearing currently scheduled for October 5, 2022, at 10:00 a.m. be vacated and continued to a minimum of forty-five (45) days, to a date and time convenient for this Court. This Stipulation is entered into for the following reasons:

1. Defense Counsel has a confirmed in-custody, multi-defendant, double homicide state trial that begins on October 5, 2022 and is expected to continue for 4 weeks;

2. Defendant is in custody and does not object to a continuance;

3. The Government does not object to a continuance;

1

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the first request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 29th day of September, 2022.

By: /s/ Lance Maningo  
LANCE A. MANINGO  
Attorney for Defendant

By: /s/ Joshua Brister  
JOSHUA BRISTER  
Attorney for United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCELL ARTURO PEREZ-ARANDA,

    Defendant.

2:21-CR-00052-JCM-DJA

## **FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. Defense Counsel has a confirmed in-custody, multi-defendant, double homicide state trial that begins on October 5, 2022 and is expected to continue for 4 weeks;

2. Defendant is in custody and does not object to a continuance;

3. The Government does not object to a continuance;

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the first request for a continuance of the sentencing date in this case.

///
///
///
///

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

## ORDER

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for October 5, 2022 at 10:00 a.m. be vacated and continued **to December 9, 2022, at 10:30 a.m.**

DATED September 30, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**MANINGO LAW**

By:   /s/ Lance Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant