Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant
PEREZ-ARANDA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCELL ARTURO PEREZ-ARANDA,<br><br>Defendant. | 2:21-CR-00052-JCM-DJA<br><br>**Defendant's Motion to Strike Pleading** |

COMES NOW, Defendant, MARCELL ARTURO PEREZ-ARANDA (hereinafter "PEREZ-ARANDA"), by and through his counsel of record, LANCE A. MANINGO, of MANINGO LAW, hereby requests the Court to strike the following pleadings from the record:

ECF 79 – Sentencing Memorandum, submitted November 30, 2022;

ECF 79-1 – Exhibit A to Sentencing Memorandum, submitted November 30, 2022; and

ECF 79-2 – Exhibit B to Sentencing Memorandum, submitted November 30, 2022.

This Motion to Strike is made pursuant to the Federal Rules of Criminal Procedure Rule 47, which allows for general motions to be filed with a supporting affidavit. The Affidavit

////

1

of Attorney Lance Maningo is filed herewith in support of this Motion to Strike.

DATED this 30th day of November, 2022.

**MANINGO LAW**

By: /s/ Lance A. Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

The Motion to Strike is hereby granted and so ORDERED.

Dated December 2, 2022.

James C. Mahan
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2022, I did serve a true and correct copy of the foregoing SENTENCING MEMORANDUM by electronically serving parties using the U.S District Court CM/EMF Electronic Filing to:

Joshua Brister
Assistant United States Attorney
Joshua.Brister@usdoj.gov

/s/ Kelly Valenti
An Employee of MANINGO LAW