UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.2:21-CR-52 JCM (DJA) |
| Plaintiff(s), | |
| v. | ORDER |
| MARCELL ARTURO PEREZ, | |
| Defendant(s). | |

Presently before the court is defendant Marcell Arturo Perez-Aranda ("defendant")'s motion for a sentence reduction. (ECF No. 94). The government did not file a response to defendant's motion.

Defendant is one of three individuals charged with multiple counts of distribution of a controlled substance. (*See generally* ECF No. 1). He now moves for a sentence reduction pursuant to Amendment 821 of the United States Sentencing Guidelines, which reduces the total offense level for zero-point offenders. Defendant filed the motion *pro se*.

Counsel for defendant has filed a notice of non-eligibility. (ECF No. 97). The notice provides that defendant's total offense level was 29, corresponding to a sentencing guideline range of 87-108 months. (*Id.* at 1-2). Defendant was sentenced to fifty-seven months in custody.

Counsel further provides that the amended guideline range of 70-87 months, which corresponds to a total offense level of 27, is still higher than what he received at sentencing. (*Id.* at 2). Therefore, under Part B of Amendment 821, defendant is ineligible for a sentence reduction. Counsel specifically states, "[t]here is no colorable argument for a sentence reduction as it relates

to Amendment 821." (*Id.*). Defendant's counsel has informed the court in its motion that defendant is now aware that he does not qualify for a sentence reduction. (*Id.*).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Marcell Arturo Perez-Aranda's motion for a sentence reduction (ECF No. 94) be, and the same hereby is, DENIED.

DATED May 31, 2024.

_____
UNITED STATES DISTRICT JUDGE